UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

MICHAEL HOUSELY                            )
    Plaintiff,                          )
                     )      No. 1:05-CV-189
v.                                         )
                     )      Chief Judge Curtis L. Collier
                     )
THE CITY OF CHATTANOOGA, a                 )
Tennessee Municipal Corporation, MICHAEL  )
ORTEL, JOHN DOE OFFICER, and RON           )
ROE SUPERVISOR,                            )
    Defendants.                         )

## ORDER

Before the Court is Plaintiff Michael Housely's ("Plaintiff") "Motion To Amed(sic) Scheduling Order" (Court File No. 23). Granting Plaintiff's motion would prevent the Court from ruling on Defendants City of Chattanooga, Michael Ortel, John Doe Officer, and Ron Roe Supervisor's ("Defendants") motion for summary judgment in a timely manner before the final pretrial conference. Therefore, the Court **DENIES** Plaintiff's "Motion to Amed Scheduling Order" (Court File No. 23) and **ORDERS** Plaintiff to respond to Defendants' motion for summary judgment by **Tuesday, December 19, 2006**.

      **SO ORDERED.**

      **ENTER:**

                          **/s/**_____
                          **CURTIS L. COLLIER**
                          **CHIEF UNITED STATES DISTRICT JUDGE**